# ORDER

Let the Writ Issue.

DATED: May 22, 2018

                                                      _____
                                                      Honorable Susan D. Wigenton
                                                      United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of **FCI BEAUMONT LOW**

WE COMMAND YOU that you have the body of

**Ralph E. Mata**

FCI BEAUMONT LOW, 5560 KNAUTH ROAD, BEAUMONT, TX, brought before the United States District Court, before the Honorable Susan D. Wigenton, United States District Judge, in the United States District Court, Martin Luther King Jr. Courthouse Building, 50 Walnut Street, Courtroom 5C, Newark, New Jersey 07102, on **July 17, 2018 at 11:00 a.m.** so that the Detainee may appear for Re-Sentencing.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: May 22, 2018                    WILLIAM T. WALSH
                                            Clerk of the U.S. District Court
                                            for the District of New Jersey

                                            Per: _____
                                            Deputy Clerk